UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN LYNN HUFFMAN, | No. C 07-2605 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| THE PEOPLE; et al., | |
| Defendants. | |

This action is dismissed because it duplicates the claims made in the earlier-filed action and any challenge to a conviction must be made in a petition for writ of habeas corpus.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 10, 2007

SUSAN ILLSTON
United States District Judge